FILED
2009 Jul-22 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LaKEITH WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:08-CV-2422-RBP-PWG |
| ) | |
| COMMISSIONER RICHARD ALLEN, ) | |
| ASSISTANT WARDEN MARY CARTER, ) | |
| SERGEANT JERRY GRAVES and OFFICER ) | |
| DOUGLAS ZUSPAN, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 4, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on July 2, 2009. The plaintiff continues to maintain that the defendants violated his constitutional rights by giving him a false disciplinary (Doc.#14)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 22nd day of July, 2009.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE